IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0746-ZLW-PAC

EVERETT CHAVEZ,
CAROL CHAVEZ,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____

ORDER
_____

    On January 27, 2006, Magistrate Judge Patricia A. Coan advised this Court that this case has settled.  Therefore, it is

    ORDERED that the hearing set on February 15, 2006, at 2:00 p.m. is hereby vacated.  It is

    FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before February 10, 2006.  If by that date settlement papers have not been received by the Court, on February 17, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  1  day of  February , 2006.

                      BY THE COURT:

                      _____
                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court