IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0746-ZLW-PAC

EVERETT CHAVEZ,
CAROL CHAVEZ,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs.

    DATED at Denver, Colorado, this __14__ day of February, 2006.

                       BY THE COURT:

                       *[signature]*

                       ZITA L. WEINSHIENK, Senior Judge
                       United States District Court